

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

Nos. 07-20-00353-CV
07-21-00039-CV

IN RE THE ESTATE OF MAGDALENA SANCHEZ MCMORDIE

On Appeal from the 251st District Court
Randall County, Texas
Trial Court No. 73551C, Honorable Ana Estevez, Presiding

March 9, 2021

## ORDER OF SEVERANCE AND DISMISSAL

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

On December 10, 2020, Charles Harris McMordie, in his capacity as trustee of the Hobart B. McMordie, II Asset Management Trust, perfected an appeal from the trial court's judgment, said appeal having been assigned cause number 07-20-00353-CV. Appellees, Jose Fernando Liceaga Sanchez, Jose Jesus Quesada Sanchez, Jorge Alfonso Quesada Sanchez, Luis Armando Quesada Sanchez, Francisco Javier Quesada Sanchez, Alejandro Quesada Sanchez, Eva Guadalupe Quesada Sanchez, Blanca Luisa Liceaga Sanchez, Mary Noemi Dobbs Sanchez, Rebeca Morales Liceaga, Luis Jaime Morales Liceaga, Pablo Morales Liceaga and Alfonso Sanchez Valdez (collectively, the

"Sanchez Parties"), filed their "Notice of Cross Appeal" on December 23, 2020, the cross-appeal having been perfected under the same cause number.

The Sanchez Parties, as appellees/cross-appellants, have now filed their Unopposed Motion to Dismiss Their Cross-Appeal, which is now pending before this Court. Without passing on the merits of the case, we grant their motion to dismiss the cross-appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1).

Accordingly, we sever the Sanchez Parties' cross-appeal into cause number 07-21-00039-CV and dismiss the cross-appeal. The Court having dismissed the cross-appeal at cross-appellants' request, no motion for rehearing will be entertained and our mandate will issue forthwith.

The primary appeal, i.e., the appeal perfected by appellant McMordie as trustee, shall continue to disposition under appellate cause number 07-20-00353-CV.

It is so ordered.

Per Curiam